IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINDA FRANKLIN**,

**Plaintiff,**

v.

**BAYER CORPORATION, et al.,**

**Defendants.**                        **No. 09-0625-DRH**

## ORDER

**HERNDON, Chief Judge:**

       Pending before the Court is Plaintiff's motion to consolidate instant action for purposes of discovery with companion case (Doc. 3). Specifically, Plaintiff moves to consolidate the discovery with ***Hill v. Bayer Corp., et al., 09-0567-DRH***. Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONSOLIDATES** this matter with ***Hill v. Bayer Corp. et al.***, **09-0567-DRH** for only discovery purposes.

       **IT IS SO ORDERED.**

       Signed this 4th day of September, 2009.

                                               /s/     *David R Herndon*
                                               **Chief Judge**
                                               **United States District Court**